**LEWIS BRISBOIS BISGAARD & SMITH LLP**
ANTHONY E. SONNETT, SB# 163182
  E-Mail: asonnett@lbbslaw.com
TREVOR J. INGOLD, SB# 193227
  E-mail: tingold@lbbslaw.com
V. ALAN ARSHANSKY, SB# 251644
  E-Mail: aarshansky@lbbslaw.com
221 N. Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: 213.250.1800
Facsimile: 213.250.7900

Attorneys for Defendant
BNSF RAILWAY COMPANY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN DITTON,<br><br>            Plaintiff,<br><br>     vs.<br><br>BNSF RAILWAY COMPANY, a Delaware Corporation, and DOES 1-10, inclusive,<br><br>            Defendants. | CASE NO. CV12-6932-JGB-JCG<br><br>**OBJECTIONS TO PLAINTIFF'S EVIDENCE IN SUPPORT OF OPPOSITION TO MOTION FOR SUMMARY JUDGMENT**<br><br>Judge: Hon. Jesus G. Bernal<br>Date:   April 29, 2013<br>Time:   9:00 a.m.<br>Crtrm.: 1<br><br><br>Trial Date:     August 20. 2013 |

| Deft's SUF No. | Plaintiff's Supporting Evidence | Defendant BNSF's Objections |
|---|---|---|
| 8. | Disputed as to "standard alternative method." At least three BNSF personnel have testified that the standard practice when a quick release | Failure to Comply with Rule of Completeness, FRE 106/ FRCP 32(a)(6); Misstates testimony |

4814-3719-9891.1

OBJECTIONS TO PLAINTIFF'S EVIDENCE IN SUPPORT OF OPPOSITION TO MOTION FOR SUMMARY JUDGMENT

| | | | |
|---|---|---|---|
| 1<br>2<br>3<br>4<br>5<br>6<br>7 | | lever fails to release a hand brake is to cease operation and report the hand brake as defective. (Osborne Depo, 29:4-14; Cockshott Depo, 51:814; Weinholdt Depo, 24:12-25:23 ). | |
| 8<br>9<br>10<br>11<br>12<br>13<br>14<br>15<br>16<br>17<br>18<br>19 | 22. | Disputed. The sole purpose of a quick release lever is to effect a total release of an applied handbrake and failure to do so indicates that the brake is inefficient and defective. Affidavit of Michael J. O'Brien ("O'Brien Affidavit), Exhibit B, Pages 7-11.; Weinholdt Depo, 25:19-23; Osborne Depo, 28:24-29:7; Cockshott Depo, 51:810. | As to O'Brien Affidavit, the referenced report and all evidence in report, Hearsay, FRE 801; Vague, Ambiguous, Confusing; Irrelevant, FRE 401; Lack of Foundation/Lack of Personal Knowledge, FRE 602<br><br>Generally, Failure to Comply with Rule of Completeness, FRE 106/ FRCP 32(a)(6); Misstates testimony |
| 20<br>21<br>22<br>23<br>24<br>25<br>26<br>27 | 39. | Disputed. Subsequent to plaintiff's deposition in this matter, plaintiff has learned that other BNSF personnel have been trained that when a quick release lever fails to release a hand brake, the individual should cease | Failure to Comply with Rule of Completeness, FRE 106/ FRCP 32(a)(6); Misstates testimony |

28

LEWIS BRISBOIS BISGAARD & SMITH LLP ATTORNEYS AT LAW

| | | | |
|---|---|---|---|
| 1-10 | | operation, report the hand brake as defective, and bad-order the car. (Osborne Depo, 29:414; Cockshott Depo, 51:8-14; Weinholdt Depo, 24:12-25:23 ). Plaintiff therefore disputes the fact that he was trained how to untie hand brakes "in the safest way possible." | |
| 11-21 | 40. | Disputed. Unlike BNSF management personnel, Ditton was not trained to bad order a hand brake when a quick release lever alone fails to release it. (Osborne Depo, 29:4-14; Cockshott Depo, 51:814; Weinholdt Depo, 24:12-25:23; O'Brien Affidavit, Exhibit B, Pages 11-12). | As to O'Brien Affidavit, the referenced report and all evidence in report, Hearsay, FRE 801; Vague, Ambiguous, Confusing; Irrelevant, FRE 401; Lack of Foundation/Lack of Personal Knowledge, FRE 602<br><br>Failure to Comply with Rule of Completeness, FRE 106/ FRCP 32(a)(6); Misstates testimony |
| 22-28 | 41. | Disputed. Lawrence Fleischer, BNSF's lead ergonomist, has approved the use of brake sticks to improve safety and the use of brake sticks has been approved by the BNSF | As to O'Brien Affidavit and Hayes Affidavit, the reports referenced in these affidavits, and all evidence in report, including citations to transcripts, Hearsay, FRE 801; Failure to Comply with Rule of Completeness, FRE 106/ |

| | | |
|---|---|---|
| | system rules committee. Affidavit of Wilson C. Hayes ("Hayes Affidavit"), Exhibit B, Page 12; O'Brien Affidavit, Exhibit B, Pages 13, 20. | FRCP 32(a)(6); Misstates testimony; Lack of Foundation/Lack of Personal Knowledge, FRE 602 |
| 42 | Disputed. The manufacturer of the Sidekick brake stick has produced a video in which it instructs that the brake stick can be used to release hand brakes by rotating the hand brake counterclockwise. O'Brien Affidavit, <u>Exhibit B, Page 13.</u> | As to O'Brien Affidavit, the referenced report and all evidence in report, including video not in evidence, Hearsay, FRE 801; Vague, Ambiguous, Confusing; Irrelevant, FRE 401; Lack of Foundation/Lack of Personal Knowledge, FRE 602 |

DATED: April 15, 2013  LEWIS BRISBOIS BISGAARD & SMITH LLP


By: */s/ V. Alan Arshansky*
V. Alan Arshansky
Attorneys for Defendant
BNSF RAILWAY COMPANY