# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEAN DITTON,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>BNSF RAILWAY COMPANY, a Delaware Corporation, and DOES 1-10, inclusive,<br><br>　　　　Defendants. | CASE NO. CV12-6932-JGB-JCG<br><br>**JUDGMENT** |

　　This action came on for trial before the Court and a jury, Honorable Jesus G. Bernal, District Judge, presiding, and the issues having been duly tried and the jury having duly rendered its verdict,

IT IS HEREBY ORDER AND ADJUGDED that the plaintiff SEAN DITTON take nothing, that the action be dismissed on the merits with prejudice, and that the defendant BNSF RAILWAY COMPANY recover of the plaintiff its costs of action.

DATE: February 20, 2014

_____
Jesus G. Bernal, U.S. District Judge

4840-5127-1192.3

CV12-6932-JGB-JCG

JUDGMENT